UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY KHONG,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SCOTT FRAUENHEIM,<br><br>　　　　　Respondent. | No. 2:18-cv-0580 KJM DB P<br><br><br>ORDER |

　　　　Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. On June 29, plaintiff filed a request for a copy of the Local Rules. (ECF No. 9.) Petititoner states that he received information from the court about accessing the Local Rules from the court's website. He indicates that because he is incarcerated he does not have access to a computer. However, the prison library should provide access to the court's rules either by computer or in book form. The court does not provide copies of the Local Rules upon request.

　　　　Petitioner does not indicate that he has attempted to locate the rules through the prison library. Accordingly, petitioner's request will be denied without prejudice. If petitioner is unable to review this court's Local Rules at the prison, petitioner may renew this request. However, any

////

////

1

new request should describe just which rules petitioner seeks, explain why he requires copies of those specific rules, and explain what he has done to find the Local Rules at the prison.

Dated: July 5, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/khon0580.copies