IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tony Khong | Case №: 2:18-cv-00580 KJM |
| vs. | **O R D E R**<br>**APPOINTING COUNSEL** |
| Scott Frauenheim | |

The circuit court ordered the Federal Defender to locate counsel for an appeal. CJA Panel attorney David A. Schlesinger is hereby appointed effective February 22, 2022, the date the Office of the Federal Defender contacted him. The defendant was previously determined to qualify for appointed counsel.

DATED: March 2, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE